## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED**

MAY 0 4 2015

MAY 09, 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| JO ARMSTEAD a/k/a Josephine Armstead, d/b/a JOSTEADY MUSIC, SYL JOHNSON a/k/a Sylvester Thompson, d/b/a TWINIGHT RECORDS )<br><br>Plaintiffs, )<br>v. )<br><br>ERIC BARRIER p/k/a ERIC B., WILLIAM GRIFFIN p/k/a RAKIM, et al, UNIVERSAL MUSIC GROUP, a corporation, EMI MUSIC PUBLISHING INC., a corporation, ERIC B. AND RAKIM MUSIC INC., a corporation<br>Defendants, | Case No.<br>Judge:<br><br>Jury Trial Demanded<br><br>**1:15-cv-03928**<br>**Judge St. Eve**<br>**Mag. Judge Kim** |

**COMPLAINT**

Plaintiffs, JO ARMSTEAD a/k/a Josephine Armstead (hereinafter "Armstead"), JOSTEADY MUSIC (hereinafter "Josteady"), SYL JOHNSON a/k/a Sylvester Thompson (hereinafter "Johnson"), TWINIGHT RECORDS (hereinafter "Twinight"), complain against Defendants ERIC BARRIER p/k/a ERIC B., WILLIAM GRIFFIN p/k/a RAKIM, UNIVERSAL MUSIC GROUP, a corporation, EMI MUSIC PUBLISHING INC., a corporation, ERIC B. AND RAKIM MUSIC INC., a corporation as follows:

### I. NATURE OF THIS ACTION

1. This is a civil action seeking damages and injunctive relief for widespread, copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.) as well as Illinois Common law copyright and 765 ILCS 1075 Right of Publicity Act

### II. JURISDICTION AND VENUE

2. This court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. Sections 1331 and 1338. This Court has federal question jurisdiction in this matter in that Plaintiff seeks damages and injunctive relief against Defendants named herein under Sections 501 through 505 and the Copyright Act of 1976, 17 U.S.C. § 101 et seq. and supplemental jurisdiction pursuant to 28 U.S.C. Section 1367 to hear the claims of Misappropriation and Unfair Competition which are based on Illinois common law copyright and arise under state law.

3. Venue lies within this Court pursuant to 28 U.S.C. Sections 1391 (b)(2)-(3), 1391(c), 1391(d), and 1400(a) in that a substantial part of the acts and omissions giving rise to Plaintiff's claims occurred in this District. In particular, Johnson, a resident of Illinois recorded "I Feel An Urge," the composition in question in this District. Furthermore, each and every Defendant, without the consent or permission of the copyright owners, illegally disseminated records

1

containing portions of copyrighted works in every jurisdiction in the United States including this District. Upon information and belief, all Defendants regularly and systematically carried and continue to carry out substantial, ongoing business activities in this District and are subject to personal jurisdiction in this district.

## III. INTRODUCTION

4. In 1967, Armstead produced and composed the song "I Feel An Urge Coming On".

5. In 1968, Johnson produced, sang and recorded a rendition of Armstead's 1967 composition, "I Feel An Urge Coming On" with Armstead's permission. Johnson re-titled his recorded performance as "I Feel An Urge". Johnson's song, "I Feel An Urge" was released by Johnson and Twinight in 1968. Armstead was recognized as the composer of Johnson's 1968 release, "I Feel An Urge". Armstead's company, Josteady Music is the recognized publisher of "I Feel An Urge".

6. As performer of the vocals on the song "I Feel An Urge", Johnson owns the sound recording rights to "I Feel An Urge". Mr. Johnson's sound recording rights in the original recording of 1968 are protected from misappropriation and acts of unfair competition under Illinois common law. Mr. Johnson assigned his ownership in the Master to Plaintiff Twinight.

7. On August 4th 1967, the musical composition "I Feel an Urge coming On" was registered with the United States Copyright Office and received the Secured Certificate of Registration No. EU9649. The copyright claimant was Colfam Music Inc., signed by Melvin L. Collins, the husband of the writer Josephine Armstead. Collins and Armstead entered into an administration agreement with Plaintiff Johnson. On November 13th 1996, Armstead, with legal authority renewed the U.S. Copyright registration associated with her song "I Feel An Urge Coming On" with her publishing company Josteady Music and received the U.S. Copyright renewal registration number RE0000738233.

8. Without Plaintiffs' knowledge or consent, the individuals named as Defendants collectively infringed on Plaintiffs' copyright in the composition of the song "I Feel An Urge" by copying and sampling portions of the original composition and illegally included it in their respective new compositions. The individuals named as Defendants still continue sell and profit from these compositions containing the infringement.

9. Corporate Defendant Universal Music Group manufactured, reproduced and/or distributed and continue to manufacture, reproduce and distribute copies of the song which have violated Plaintiffs' copyright and are at issue in this lawsuit.

10. Corporate Defendant Universal Music Group not only marketed and exploited the song that is at issue in this lawsuit, but with the assistance of Defendants EMI Music Publishing Inc. and Eric B. And Rakim Music Inc. have granted or caused to be granted to various parties licenses to reproduce, sample and/or distribute the song that is in violation of Plaintiffs' copyright.

## IV. PARTIES

### TWINIGHT RECORDS

11. Plaintiff, Twinight Records Co., is an Illinois company engaged in the business of selling samples to various artists and companies. Syl Johnson, the creator of the sound recording assigned Twinight Records both common law and United States copyright of the sound recording, "I Feel An Urge".

### JOSTEADY MUSIC

12. Josteady Music is in the business of music publishing and administration. Josteady Music is the publishing administrator for Armstead, writer of the composition, "I Feel An Urge Coming On".

### ERIC BARRIER p/k/a ERIC B.

13. Upon information and belief, Defendant Eric Barrier p/k/a "Eric B." is an adult citizen of the state of New Jersey. He is engaged in the business of writing, publishing, performing and producing music. At all times relevant to this complaint, he performed the song "Juice (Know The Ledge)" which infringed on the song "I Feel An Urge."

### WILLIAM GRIFFIN p/k/a RAKIM

14. Upon information and belief, Defendant William Griffin p/k/a "Rakim" is an adult citizen of the State of New York. He is engaged in the business of writing, publishing, performing and producing music. At all times relevant to this complaint, he performed the song "Juice (Know The Ledge)", which infringed on the song "I Feel An Urge".

### UNIVERSAL MUSIC GROUP

15. Upon information and belief, Defendant Universal Music Group is a corporation organized and existing under the laws of the State of California, with its principal place of business in the State of California.

### EMI MUSIC PUBLISHING INC.

16. Upon information and belief, Defendant EMI Music Publishing Inc. is a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business in the State of Tennessee.

### ERIC B. AND RAKIM MUSIC INC.

17. Upon information and belief, Defendant Eric B. And Rakim Music Inc. is a corporation organized and existing under the laws of the State of Tennessee, with its principal place of business in the State of Tennessee.

## IV. DEFENDANTS UNLAWFUL CONDUCT

### "Know The Ledge" / "Juice (Know The Ledge)"

18. Defendants Eric Barrier p/k/a "Eric B." and William Griffin p/k/a "Rakim" released the song "Know The Ledge" / "Juice (Know The Ledge)" under the professional name "Eric B. & Rakim" in 1992. Defendants continues to profit from the song to date.

19. Upon information and belief "Know The Ledge" / "Juice (Know The Ledge)" was released under the MCA Records label and distributed by Universal Music Group.

20. Upon information and belief "Know The Ledge" / "Juice (Know The Ledge)" was published and licensed by EMI Blackwood Music Inc. and Eric B. And Rakim Music Inc.

21. The song samples portions of the 1968 song "I Feel An Urge" but does not credit the original creators of the composition in any way.

## COUNT I
## FEDERAL COPYRIGHT INFRINGEMENT
## AGAINST INDIVIDUAL DEFENDANTS

ERIC BARRIER p/k/a ERIC B., WILLIAM GRIFFIN p/k/a RAKIM, UNIVERSAL MUSIC GROUP, EMI MUSIC PUBLISHING INC., ERIC B. AND RAKIM MUSIC INC.

22. Plaintiff hereby incorporates by reference the allegations contained in Paragraphs 1 through 21.

23. Plaintiff owns the federal registered copyright recording of "I Feel An Urge Coming On".

24. Defendants were and are aware of Plaintiffs' rights in the composition.

25. Defendants were aware at all times relevant to this complaint that "I Feel An Urge" was the original expression of Syl Johnson and Jo Armstead, and that it was not the original expression of Defendants or anyone else associated with Defendants, and that the work was and continues to be protected by copyright.

26. Without Plaintiffs' knowledge or consent, Defendants infringed on the copyright of the composition by copying portions of the composition "I Feel An Urge" and including it in a new composition without permission.

27. Without Plaintiffs' knowledge, permission or consent, Defendants infringed on the sound recording copyright of the composition by sampling excerpts of the sound recording "I Feel An Urge" without authorization.

28. Defendants have not paid any royalties or other compensation to Plaintiffs for Defendants' copying and unauthorized uses of plaintiffs work.

29. Defendants' conduct violated 17 U.S.C. § 106, and Defendants are liable under 17 U.S.C. § 501.

30. All the Defendants' infringing acts described herein were committed willfully and continue to be committed willfully as they are still being distributed.

31. Plaintiffs are entitled to recover all damages sustained as a result of Defendants' unlawful conduct.

## COUNT II
## ILLINOIS COMMON LAW UNFAIR COMPETITION AND
## MISAPPROPRIATION AGAINST INDIVIDUAL DEFENDANTS

ERIC BARRIER p/k/a ERIC B., WILLIAM GRIFFIN p/k/a RAKIM, UNIVERSAL MUSIC GROUP, EMI MUSIC PUBLISHING INC., ERIC B. AND RAKIM MUSIC INC.

32. Plaintiffs hereby incorporates by reference the allegations contained in Paragraphs 1 through 31.

4

33. Plaintiffs own the Illinois common law copyright in the sound recording of the original music composition "I Feel An Urge."

34. Defendants were and are aware of Plaintiffs' rights in the composition.

35. Defendants were aware at all times relevant to this complaint that "I Feel An Urge" was the original expression of Syl Johnson and Jo Armstead, and that it was not the original expression of Defendants or anyone else associated with Defendants, and that the work was and continues to be protected by copyright.

36. Without Plaintiffs' knowledge or consent, Defendants infringed on the copyright in the sound recording by copying portions of the sound recording "I Feel An Urge" and including it in a new composition without permission, thus appropriating a valuable business asset belonging to Plaintiff.

37. Defendants have not paid any royalties or other compensation to Plaintiffs for Defendants' copying and unauthorized uses of plaintiffs work. Defendants' conduct is in violation of Illinois common law as it relates to the torts of Unfair competition and Misappropriation.

38. Pursuant to title 17 United States Code, sec/ 301(c), Plaintiffs' rights in the sound recording are protected from Defendants' misappropriation and unfair competition under Illinois state law by the same rights and remedies that protect copyright owners regarding infringement of federal sound recording copyrights on sound recordings that were fixed after February 15, 1972.

39. The continued unauthorized use by Defendants of portions of the original sound recording of "I Feel An Urge" constitutes the continuing torts of unfair competition and wrongful appropriation (piracy) of said sound recording under the common law and statutory law of the State of Illinois.

40. All the Defendants' infringing acts described herein continue to be committed willfully.

41. Plaintiffs are entitled to recover all damages sustained as a result of Defendants' unlawful conduct.

## COUNT III
## CONTRIBUTORY COPYRIGHT INFRINGEMENT
### (Against all Defendants)

42. Plaintiffs hereby incorporate by reference the allegations contained in paragraphs 1 through 41.

43. Plaintiffs, as the owner of the registered copyright in the original musical Compositions as well as the subsequently recorded derivative have the exclusive right to authorize the performance, reproduction, and distribution of this work pursuant to Illinois law as well as 17 U.S.C. § 106.

44. Upon information and belief, Defendants Universal Music Group reproduced and/or distributed and continue to manufacture, reproduce and distribute large numbers of copies of songs which have violated Plaintiffs copyright and are at issue in this lawsuit.

45. Upon information and belief, Defendants Universal Music Group have marketed and exploited the songs that are at issue in this lawsuit. Defendants Universal Music Group and EMI Music Publishing Inc. and Eric B. And Rakim Music Inc. have also caused or granted to various parties that include and are not limited to "The Crystal Method" and "Ghostface Killah" the

license to reproduce, sample and/or distribute some of the songs that have violated Plaintiffs copyright.

46. Upon information and belief, Defendants Universal Music Group, EMI Music Publishing Inc. and Eric B. And Rakim Music Inc. have caused or granted to various parties the license to reproduce, sample and/or distribute some of the songs that have violated Plaintiffs copyright. These licenses include and are not limited to releases of musical albums, motion pictures, internet commercials, video game software, television programming, cable television programming, physical releases and digital releases.

47. Defendants have willfully contributed to the infringement of Plaintiffs' copyrights.

48. Plaintiffs are entitled to recover all damages sustained as a result of Defendant's acts of contributory copyright infringement.

## COUNT IV
## ILLINOIS RIGHT OF PUBLICITY ACT
### (Against all Defendants)

49. Plaintiffs hereby incorporates by reference the allegations contained in paragraphs 1 through 48.

50. Plaintiffs are publicly recognized as a respectable citizens with positive reputations.

51. Plaintiffs retain the right to control and to choose whether their personal and professional identities can be used for commercial purposes.

52. Defendant's 1992 song "Juice (Know The Ledge)" includes explicit and profane lyrics that are permanently attached and associated to the Plaintiffs' professional names, their composition, and their originally recorded performance of the 1968 song, "I Feel An Urge".

53. Defendants created and sold commercial licenses that embody the Plaintiffs' professional work and performances and original expressions as they are permanently included in the 1968 song release "I Feel An Urge".

54. The Plaintiffs' personal and professional reputations are permanently associated with artists, companies and content they do not agree with or approve of.

## COUNT V
## ACTION FOR ACCOUNTING
### (Against all Defendants)

55. Plaintiffs hereby incorporates by reference the allegations contained in paragraphs 1 through 54.

56. Compensation is due and owing from Defendants to Plaintiffs.

57. There is no adequate remedy at law as Plaintiffs are not in the position to ascertain the proper compensation they are due without an accounting of Defendants sales and revenues from the use of Plaintiffs' sound recording and a judgment for the balance.

## COUNT VI
## UNJUST ENRICHMENT
### (Against all Defendants)

58. Plaintiffs hereby incorporates by reference the allegations contained in paragraphs 1 through 57.

59. Plaintiffs' ownership of the rights to use and the rights to license the use of the composition "I Feel An Urge" are a valuable asset to Plaintiff.

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,

By: _____

Jo Armstead a/k/a Josephine Armstead
d/b/a Josteady Music

102 W. 75th Street Apt #28
New York, New York 10023

Phone:
(212) 580-8424
(917) 912-4324


By: _____

Syl Johnson a/k/a Sylvester Thompson
d/b/a Twinight Records Inc.

3736 Calumet Avenue
Chicago, Illinois 60653

Phone:
1-773-557-9341

**PLAINTIFFS DEMAND TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted,

By: _____ 5/4/15

Jo Armstead a/k/a Josephine Armstead
d/b/a Josteady Music

102 W. 75th Street Apt #28
New York, New York 10023

Phone:
(212) 580-8424
(917) 912-4324

By: _____ 5-4-15

Syl Johnson a/k/a Sylvester Thompson
d/b/a Twinight Records

3736 Calumet Avenue
Chicago, Illinois 60653

Phone:
1-773-557-9341

8

# EXHIBIT A

# HISTORY OF UPC BAR CODES ASSOCIATED WITH RELEASE

This 16 page list of license history includes and is not limited to the following releases:

"KNOW THE LEDGE" by ERIC B. & RAKIM
a/k/a "JUICE (KNOW THE LEDGE)" by ERIC B. & RAKIM

**"Juice" is a 1992 motion picture directed by Ernest R. Dickerson. The film was produced by Island World Productions (a subsidiary of Polygram). Polygram became a subsidiary of Universal Music Group in 1999. The film "Juice" was theatrically released in the United States in January 1992. The theatrical box office release generated over 20 million dollars.**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: JUICE
YEAR OF THEATRICAL RELEASE: 1992
PRODUCTION COMPANY: ISLAND WORLD / PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VHS TITLE: JUICE
YEAR OF RELEASE: 1993
CATALOG #: 097363275831
MANUFACTURED BY: PARAMOUNT HOME VIDEO / CANNES HOME VIDEO
DISTRIBUTION COMPANY: PARAMOUNT HOME MEDIA DIST / VIACOM INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: JUICE
YEAR OF RELEASE: 2001
CATALOG #: 097363275848, #9344256000980, #883929302789, #097363372240
                 097363275824
MANUFACTURED BY: PARAMOUNT HOME VIDEO / UMBRELLA ENT. (AUSTRALIA)
DISTRIBUTION COMPANY: PARAMOUNT HOME MEDIA DIST / VIACOM INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: JUICE (STREET ANTHOLOGY 5 DVD SET)
YEAR OF RELEASE: 2007
CATALOG #: 97361230924
MANUFACTURED BY: PARAMOUNT HOME VIDEO
DISTRIBUTION COMPANY: PARAMOUNT HOME MEDIA DIST

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: JUICE / MENACE II SOCIETY (2 DISC DVD SET)
YEAR OF RELEASE: 2013
CATALOG #: 883929310746
MANUFACTURED BY: WARNER HOME ENTERTAINMENT
DISTRIBUTION CO: WARNER HOME ENT. / TIME WARNER INC. / KMART.COM
                 WALMART.COM / WBSHOP.COM / BARNESANDNOBLE.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: 4 FILM FAVORITES: URBAN LIFE 2 (4 MOVIE DVD SET)
YEAR OF RELEASE: 2014
CATALOG #: 883929406739
MANUFACTURED BY: WARNER HOME ENT.
DISTRIBUTION CO: WARNER HOME ENT. / TIME WARNER INC. / AMAZON.COM
WALMART.COM / FYE.COM / WBSHOP.COM
FAMILYVIDEO.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: JUICE (MOTION PICTURE DIGITAL DOWNLOAD)
YEAR OF ORIGINAL RELEASE: 1992
PRODUCED BY: PARAMOUNT PICTURES / ISLAND WORLD FILMS
DISTRIBUTION CO: NETLFIX.COM / VUDU.COM / XBOX.COM / AMAZON.COM
REDBOX.COM / GOOGLEPLAY.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: JUICE (NOOK DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2014
CATALOG #: 294900659840
PRODUCED BY: PARAMOUNT PICTURES / ISLAND WORLD FILMS
DISTRIBUTION CO: NETLFIX.COM / VUDU.COM / XBOX.COM / AMAZON.COM
REDBOX.COM / GOOGLEPLAY.COM

The song "Know The Ledge" was released by Eric B. & Rakim on their 1992 full album, *"Don't Sweat The Technique"*. The song was re-titled, "Juice (Know The Ledge)" as it was added to the motion picture soundtrack of the film, "Juice". The song was included on the "in-film" motion picture soundtrack and the separate original motion picture soundtrack album released by MCA Records in 1992.

The soundtrack album was sold on vinyl, cassette and CD formats. Eric B. & Rakim's single, "JUICE (KNOW THE LEDGE)" was also sold with advertisements for the motion picture, "Juice". In 1991, the MCA Music Distribution Corporation changed his name and logo to Uni Distribution Corporation. In 2001, Uni Distribution Corporation changed its name to Universal Music Distribution (after its parent company, Universal Music Group). The "Juice" soundtrack album earned "gold" certification from the RIAA with over 500,000 copies sold.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
ALBUM TITLE: JUICE (OST) ORIGINAL SOUNDTRACK ALBUM
YEAR OF RELEASE: 1991, 1992, 1995, 1999, 2005, 2014
CATALOG #: MCAD-10462, #MCLD 19308, #00881104622, #MCAC-10462, #008811046224
#0008811930820, #UICY-76831
MANUFACTURED BY: MCA RECORDS / SOUL RECORDS
DISTRIBUTION COMPANY: UNI DISTRIBUTION CORPORATION / UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
ALBUM TITLE: JUICE (SINGLE - WITH PROMOTION BY PARAMOUNT PICTURES)
YEAR OF RELEASE: 1992
CATALOG #: CD45-2103, #MCA 11150, #MCA12-54381, #MCACS 54333, #L33-2101
MANUFACTURED BY: MCA RECORDS / SOUL RECORDS
DISTRIBUTION COMPANY: UNI DISTRIBUTION CORPORATION / UMG

2

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: DON'T SWEAT THE TECHNIQUE"
YEAR OF RELEASE: 1992
CATALOG #: MCAC10594, MCAD10594, MCA10594
MANUFACTURED BY: MCA RECORDS / SOUL RECORDS
DISTRIBUTION COMPANY: UNI DISTRIBUTION CORPORATION / UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
ALBUM TITLE: SINGLE (VINYL 45)
YEAR OF RELEASE: 2015
CATALOG #: 5BB02
MANUFACTURED BY: 5 BOROUGH BREAKS RECORDS
DISTRIBUTION COMPANY: 5 BOROUGH BREAKS RECORDS

**In addition to the soundtrack album release of "Juice", MCA Records and Paramount Pictures produced a black & white music video for the song, "JUICE (KNOW THE LEDGE)". The video was directed by Kevin Bray. The video was released in 1992 and it included appearances by Eric B. & Rakim along with scenes from the motion picture, "Juice".**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
MUSIC VIDEO TITLE: JUICE
YEAR OF RELEASE: 1992
PRODUCED BY: PARAMOUNT PICTURES / MCA RECORDS
BROADCAST BY: MTV.COM, BET.COM, VEVO.COM, CMT.COM

**On February 16, 1992, Eric B. & Rakim performed their song, "JUICE (KNOW THE LEDGE)" live on the television show, "In Living Color". Less than a month later on March 11, 1992, Eric B. & Rakim performed their song, "JUICE (KNOW THE LEDGE)" live on the television show, "Soul Train". In 2003, 20th Century Fox Home Entertainment released "In Living Color: The Third Season" on DVD format. Eric B. & Rakim's live performance from 02/16/92 was included on the release.**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: IN LIVING COLOR: SEASON THREE
YEAR OF RELEASE: 2003
CATALOG #: #024543148708
PRODUCED BY: 20TH CENTURY FOX HOME ENTERTAINMENT / IVORY WAY PROD.

**Eric B. & Rakim's song, "KNOW THE LEDGE" was added to several of the rap duo's compilation albums. These albums are recognized as follows:**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: THE BOOK OF LIFE (ERIC B. & RAKIM'S GREATEST HITS)
YEAR OF RELEASE: 1997
CATALOG #: #U2-53117
MANUFACTURED BY: UNIVERSAL RECORDS
DISTRIBUTION COMPANY: UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: THE BEST OF ERIC B. & RAKIM
YEAR OF RELEASE: 2001
CATALOG #: B0008482-02
MANUFACTURED BY: HIP-O RECORDS
DISTRIBUTION COMPANY: UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: CLASSIC ERIC B. & RAKIM
YEAR OF RELEASE: 2001
CATALOG #: 585 408-2
MANUFACTURED BY: MCA RECORDS
DISTRIBUTION COMPANY: UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: ERIC B. & RAKIM GOLD
YEAR OF RELEASE: 2005
CATALOG #: B0004559-2
MANUFACTURED BY: HIP-O RECORDS
DISTRIBUTION COMPANY: UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: ERIC B. & RAKIM ICON
YEAR OF RELEASE: 2014
CATALOG #: #2176802
MANUFACTURED BY: DEF JAM RECORDS
DISTRIBUTION COMPANY: UMG

**After Eric B. & Rakim separated to pursue solo careers, Rakim released albums that included the song, "JUICE (KNOW THE LEDGE)"**

ARTIST: ERIC B. & RAKIM / RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: THE BOOK OF LIFE / THE 18TH LETTER
YEAR OF RELEASE: 1997
CATALOG #: #UC2-53113, UD2-53111
MANUFACTURED BY: UNIVERSAL RECORDS
DISTRIBUTION COMPANY: UMG

ARTIST: RAKIM
SONG TITLE: "KNOW THE LEDGE"
ALBUM TITLE: THE ARCHIVES: LIVE, LOST AND FOUND
YEAR OF RELEASE: 2008
CATALOG #: # FSLCD75, SC-705
MANUFACTURED BY: FASTLIFE RECORDS, STREETCORE MUSIC

4

Eric B. & Rakim's song, "JUICE (KNOW THE LEDGE)" was added to several  rap / r&b / hip hop compilation albums.  These albums are recognized as follows:

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: THE CHEMICAL BROTHERS: LIVE AT THE SOCIAL VOL. 1
YEAR OF RELEASE: 1996
CATALOG #: HVNLP13CD, HVNLP13MC
MANUFACTURED BY: HEAVENLY RECORDS
DISTRIBUTION COMPANY: PIAS ENTERTAINMENT GROUP

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: THE FREESTYLERS: FSUK
YEAR OF RELEASE: 1998
CATALOG #: FSUKCD2
MANUFACTURED BY: MINISTRY OF SOUND RECORDS
DISTRIBUTION COMPANY: MINISTRY OF SOUND

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: SUNDAY NIGHT LIVE: A RARE COLLECTION
YEAR OF RELEASE: 2006 (REISSUE 2012)
CATALOG #: 8447230722, DIM02722
MANUFACTURED BY: DIMANCHE RECORDS
DISTRIBUTION COMPANY: DIMANCHE RECORDS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: I LOVE HIP HOP MOST WANTED VOL. 8
YEAR OF RELEASE: 2006
CATALOG #: N/A
MANUFACTURED BY: UNIVERSAL MUSIC JAPAN KK
DISTRIBUTION COMPANY:UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: GOLD HIP HOP CLASSICS
YEAR OF RELEASE: 2006
CATALOG #: UICY4228
MANUFACTURED BY: UNIVERSAL MUSIC JAPAN KK
DISTRIBUTION COMPANY:UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: HACIENDA CLASSICS
YEAR OF RELEASE: 2006
CATALOG #: VTDCD790
MANUFACTURED BY: VIRGIN RECORDS
DISTRIBUTION COMPANY:UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: 30 YEARS TO THE DAY : THE ROCKSTEADY CREW
YEAR OF RELEASE: 2007
CATALOG #: 802061594326
MANUFACTURED BY: NOISELAND RECORDS
DISTRIBUTION COMPANY:101 DISTRIBUTION

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: DJ KAORI'S BLOCK PARTY GOLD MIX
YEAR OF RELEASE: 2007
CATALOG #: UICZ3085
MANUFACTURED BY: UNIVERSAL MUSIC JAPAN KK
DISTRIBUTION COMPANY:UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: OFFICIAL 30TH ANNIVERSARY ROCKSTEADY CREW
YEAR OF RELEASE: 2008
CATALOG #: 5050457664329
MANUFACTURED BY: TRUE ELEMENTS RECORDS
DISTRIBUTION COMPANY:TOWERRECORDS.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: GOLD HIP HOP CLASSICS
YEAR OF RELEASE: 2008
CATALOG #: 4228/9
MANUFACTURED BY: UNIVERSAL MUSIC JAPAN KK
DISTRIBUTION COMPANY: UMG

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: BOOMBAP BOOTLEG VOL. 2
YEAR OF RELEASE: 2009
CATALOG #: BBP04
MANUFACTURED BY: BOOMBAP PROFESSIONALS
DISTRIBUTION COMPANY: ITUNES.COM / BOOMBAPPRO.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
<u>ALBUM</u> TITLE: NO BEATS, NO LIFE BY DJ SHU-G
YEAR OF RELEASE: 2010
CATALOG #: UICZ-3121
MANUFACTURED BY: UNIVERSAL MUSIC JAPAN KK
DISTRIBUTION COMPANY: UMG / TOWERRECORDS.COM
ENDORSED BY: DRE BEATS / HP.COM

In addition to the 1992 motion picture "Juice", the song "JUICE (KNOW THE LEDGE)" by Eric B. & Rakim was featured in the following motion pictures and motion picture soundtrack albums:

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: SCRATCH (DOCUMENTARY)
YEAR OF ORIGINAL RELEASE: 2001
PRODUCED BY: PALM PICTURES / FIREWALK FILMS
DISTRIBUTION CO: RIDGEWAY ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: SCRATCH (DOCUMENTARY)
YEAR OF RELEASE: 2002
CATALOG #: #660200304621
MANUFACTURED BY: PALM PICTURES
DISTRIBUTION CO: DARKHORSE ENTERTAINMENT / WARNER BROS. ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: SCRATCH (DOCUMENTARY) (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2002
PRODUCED BY: PALM PICTURES / FIREWALK FILMS
DISTRIBUTION CO: ITUNES.COM / VUDU.COM / NETFLIX.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: SCRATCH & FREESTYLE (DOCUMENTARY) (2 DVD DISC SET)
YEAR OF RELEASE: 2006
CATALOG #: #660200315023
MANUFACTURED BY: PALM PICTURES
DISTRIBUTION CO: DARKHORSE ENTERTAINMENT / WARNER BROS. ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: HIGH FIDELITY
YEAR OF ORIGINAL RELEASE: 2000
PRODUCED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VHS TITLE: HIGH FIDELITY
YEAR OF RELEASE: 2000
CATALOG #: 786936137088
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: HIGH FIDELITY
YEAR OF RELEASE: 2000
CATALOG #: 717951009944
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: HIGH FIDELITY
YEAR OF RELEASE: 2004
CATALOG #: 786936239423
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: HIGH FIDELITY / GROSS POINTE BLANK (2 DISC DVD SET)
YEAR OF RELEASE: 2007
CATALOG #: 786936744095
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: HIGH FIDELITY (DVD & DIGITAL COPY)
YEAR OF RELEASE: 2009
CATALOG #: 786936795684
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: HIGH FIDELITY
YEAR OF RELEASE: 2012
CATALOG #: 786936825794, 786936826999
MANUFACTURED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: WALT DISNEY COMPANY

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: HIGH FIDELITY (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2012
PRODUCED BY: TOUCHSTONE PICTURES
DISTRIBUTION CO: ITUNES.COM / VUDU.COM / NETFLIX.COM / REDBOX.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: FISH TANK
YEAR OF ORIGINAL RELEASE: 2009
PRODUCED BY: BBC FILMS / UK FILM COUNCIL
DISTRIBUTION CO: IFC FILMS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: FISH TANK
YEAR OF RELEASE: 2010
CATALOG #: #629159041926, 9324915085220
MANUFACTURED BY: BBC FILMS / UK FILM COUNCIL
DISTRIBUTION CO: IFC FILMS / MONGREL MEDIA

8

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: FISH TANK
YEAR OF RELEASE: 2011
CATALOG #: 715515064910, 5021866011400, 715515065016
MANUFACTURED BY: BBC FILMS / UK FILM COUNCIL
DISTRIBUTION CO: JANUS FILMS / CRITERION COLLECTION

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: FISH TANK (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2012
PRODUCED BY: BBC FILMS / UK FILM COUNCIL
DISTRIBUTION CO: ITUNES.COM / VUDU.COM / NETFLIX.COM / REDBOX.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: DANCE FLICK
YEAR OF ORIGINAL RELEASE: 2009
PRODUCED BY: MTV FILMS
DISTRIBUTION CO: PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: DANCE FLICK
YEAR OF RELEASE: 2009
CATALOG #: 097363526049, 97360726862, 97360726848
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: DANCE FLICK
YEAR OF RELEASE: 2009
CATALOG #: 097360726947, #883929301591, 97360726961
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
ALBUM TITLE: DANCE FLICK (ORIGINAL SOUNDTRACK ALBUM)
YEAR OF RELEASE: 2009
CATALOG #: #780163408829
MANUFACTURED BY: LAKESHORE RECORDS
DISTRIBUTION CO: PARAMOUNT PICTURES / MTV FILMS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: DANCE FLICK (DVD WITH "FOOTLOOSE" CASH)
YEAR OF RELEASE: 2011
CATALOG #: 32429100658, 32429100290, 32429100283
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: DANCE FLICK (DVD WITH "FOOTLOOSE" CASH)
YEAR OF RELEASE: 2011
CATALOG #: 32429100641
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: PARAMOUNT PICTURES

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: DANCE FLICK
YEAR OF RELEASE: 2013
CATALOG #: 883929312160
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: WARNER HOME VIDEO

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: DANCE FLICK
YEAR OF RELEASE: 2013
CATALOG #: 883929301591, 883929305780
MANUFACTURED BY: MTV FILMS
DISTRIBUTION CO: WARNER HOME VIDEO

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: THE DC VIDEO
YEAR OF RELEASE: 2003
CATALOG #: 898842000001
MANUFACTURED BY: MELEE ENTERTAINMENT HOME VIDEO
DISTRIBUTION CO: DC SHOES CO. / DC FILMS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
PSP TITLE: THE DC VIDEO (UMD DISC)
YEAR OF RELEASE: 2003
CATALOG #: #94922551207
MANUFACTURED BY: MELEE ENTERTAINMENT HOME VIDEO / SONY ENT.
DISTRIBUTION CO: DC SHOES CO. / DC FILMS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: THE DC VIDEO (DELUXE EDITION)
YEAR OF RELEASE: 2004
CATALOG #: 045778672493
MANUFACTURED BY: MELEE ENTERTAINMENT HOME VIDEO
DISTRIBUTION CO: DC SHOES CO. / WEA DISTRIBUTION / EPITAPH

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: BATTLE OF THE YEAR
YEAR OF THEATRICAL RELEASE: 2013
PRODUCED BY: CONTRA FILMS / SCREEN GEMS
DISTRIBUTION CO: SONY CORPORATION

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: BATTLE OF THE YEAR (DVD WITH DIGITAL COPY SKU)
YEAR OF RELEASE: 2013
CATALOG #: 43396331570, 43396417786
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT. / ULTRAVIOLET

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: BATTLE OF THE YEAR (BLU-RAY WITH DIGITAL COPY SKU)
YEAR OF RELEASE: 2013
CATALOG #: 043396417748
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT. / ULTRAVIOLET

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: BATTLE OF THE YEAR (BLU-RAY WITH DIGITAL COPY SKU)
YEAR OF RELEASE: 2014
CATALOG #: 9317731102134
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT. / ULTRAVIOLET

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: BATTLE OF THE YEAR
YEAR OF RELEASE: 2014
CATALOG #: 9317731102103
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: BATTLE OF THE YEAR
YEAR OF RELEASE: 2014
CATALOG #: 9317731102066
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: BATTLE OF THE YEAR (IN 3-D)
YEAR OF RELEASE: 2013
CATALOG #: 043396417755
MANUFACTURED BY: CONTRA FILMS
DISTRIBUTION CO: SONY CORPORATION / WARNER HOME ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
ALBUM TITLE: BATTLE OF THE YEAR (MOTION PICTURE SOUNDTRACK)
YEAR OF RELEASE: 2013
MANUFACTURED BY: MADISON GATE RECORDS / SONY PICTURES ENT.
DISTRIBUTION CO: ITUNES.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
FILM TITLE: BATTLE OF THE YEAR (DIGITAL DOWNLOAD
YEAR OF THEATRICAL RELEASE: 2013
PRODUCED BY: CONTRA FILMS / SCREEN GEMS
DISTRIBUTION CO: ITUNES.COM / AMAZON.COM / SONY ENT. NETWORK
                    XBOXVIDEO / GOOGLEPLAY.COM / VUDU / CINEMANOW

**In addition to its appearances in motion picture films, the song "JUICE (KNOW THE LEDGE)" was also included in the following cable television series:**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: PRISON BREAK (SEASON 3 EPISODE 10 "DIRT NAP")
YEAR OF RELEASE: 2008
AIR DATE: JANUARY 21, 2008
BROADCAST CO: FOX NETWORK / ORIGINAL FILM PRODUCTIONS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: PRISON BREAK (SEASON 3)
YEAR OF RELEASE: 2008
CATALOG #: 24543527275
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: PRISON BREAK (SEASON 3)
YEAR OF RELEASE: 2008
CATALOG #: 5039036038591
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: PRISON BREAK (SEASONS 1-3 BOX SET)
YEAR OF RELEASE: 2008
CATALOG #: 5039036038096
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: PRISON BREAK (SEASONS 1-4 BOX SET)
YEAR OF RELEASE: 2009
CATALOG #: 5039036041782
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
BLU-RAY TITLE: PRISON BREAK (SEASONS 1-4 BOX SET)
YEAR OF RELEASE: 2011
CATALOG #: 5039036048385
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: PRISON BREAK (SEASONS 1-4 BOX SET)
YEAR OF RELEASE: 2012
CATALOG #: 5039036054201
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: PRISON BREAK (SEASONS 1-4) (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2011
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT
DISTRIBUTED BY: NETFLIX.COM / AMAZON.COM / ITUNES.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: SO YOU THINK YOU CAN DANCE CANADA
YEAR OF RELEASE: 2008
AIR DATE: NOVEMBER 12, 2008
BROADCAST CO: BELL MEDIA / CVT CANADA

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: AMERICAN DAD! (SEASON 6 EPISODE 10)
          "DON'T LOOK A SMITH HORSE IN THE MOUTH"
YEAR OF RELEASE: 2010
AIR DATE: JANUARY 3, 2010
BROADCAST CO: FOX NETWORK / FUZZY DOOR / 20TH CENTURY FOX

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: AMERICAN DAD! (SEASON 6)
YEAR OF RELEASE: 2011
CATALOG #: 5039036046527
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: AMERICAN DAD! (SEASONS 1-6)
YEAR OF RELEASE: 2011
CATALOG #: 5039036047586
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: AMERICAN DAD! (SEASONS 1-7)
YEAR OF RELEASE: 2012
CATALOG #: 5039036054102
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: AMERICAN DAD! (SEASONS 1-8)
YEAR OF RELEASE: 2013
CATALOG #: 5039036060424
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: AMERICAN DAD! (SEASONS 1-8) (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2011
MANUFACTURED BY: 20TH CENTURY FOX HOME ENTERTAINMENT
DISTRIBUTED BY: NETFLIX.COM / ITUNES.COM / AMAZON.COM / TBS.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: COVERT AFFAIRS (SEASON 1 EPISODE 9) "FOOL IN THE RAIN"
YEAR OF RELEASE: 2010
AIR DATE: SEPTEMBER 7, 2010
BROADCAST CO: USA NETWORK / UNIVERSAL CABLE PRODUCTIONS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: COVERT AFFAIRS (SEASON 1)
YEAR OF RELEASE: 2011
CATALOG #: 025192074455
MANUFACTURED BY: USA NETWORK / UNIVERSAL STUDIOS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
DVD TITLE: COVERT AFFAIRS (SEASON 1)
YEAR OF RELEASE: 2012
CATALOG #: 5050582894103
MANUFACTURED BY: USA NETWORK / UNIVERSAL STUDIOS

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: COVERT AFFAIRS (SEASON 1) (DIGITAL DOWNLOAD)
YEAR OF RELEASE: 2011
CATALOG #: 5050582894103
MANUFACTURED BY: USA NETWORK / UNIVERSAL STUDIOS
DISTRIBUTED BY: ITUNES.COM / AMAZON.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
SERIES TITLE: SO YOU THINK YOU CAN DANCE USA
YEAR OF RELEASE: 2013
AIR DATE: SEPTEMBER 10, 2013
BROADCAST CO: FOX NETWORK / 20TH CENTURY FOX

**In addition to its appearance in cable television shows, the song "JUICE (KNOW THE LEDGE)" has also appeared in the following video game releases:**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: MAT HOFFMAN'S PRO BMX 2
YEAR OF RELEASE: 2002
CATALOG #: 5030917016417 (NINTENDO GAMEBOY ADVANCE CARTRIDGE)
MANUFACTURED BY: ACTIVISION BLIZZARD / NINTENDO CO. INC.

14

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: MAT HOFFMAN'S PRO BMX 2
YEAR OF RELEASE: 2002
CATALOG #: 5030917017407 (NINTENDO GAMECUBE DISC)
MANUFACTURED BY: ACTIVISION BLIZZARD / NINTENDO CO. INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: MAT HOFFMAN'S PRO BMX 2
YEAR OF RELEASE: 2002
CATALOG #: 047875801875 (SONY PLAYSTATION 2 DISC)
MANUFACTURED BY: ACTIVISION BLIZZARD / SONY COMPUTER ENT.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: MAT HOFFMAN'S PRO BMX 2
YEAR OF RELEASE: 2002
CATALOG #: 047875802513 (MICROSOFT XBOX DISC)
MANUFACTURED BY: ACTIVISION BLIZZARD / MICROSOFT.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: BMX XXX
YEAR OF RELEASE: 2002
CATALOG #: 21481402947 (MICROSOFT XBOX DISC)
MANUFACTURED BY: WALT DISNEY CO. / MICROSOFT.COM / PLAYDOM INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: BMX XXX
YEAR OF RELEASE: 2002
CATALOG #: 21481652946 (NINTENDO GAMECUBE DISC)
MANUFACTURED BY: WALT DISNEY CO. / NINTENDO CO. INC. / PLAYDOM INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: BMX XXX
YEAR OF RELEASE: 2002
CATALOG #: 3455192329410 (SONY PLAYSTATION 2 DISC)
MANUFACTURED BY: WALT DISNEY CO. / SONY COMP. ENT. / PLAYDOM INC.

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)" / "JUICE (DAN THE AUTOMATOR RMX)"
VIDEO GAME TITLE: SKATE
YEAR OF RELEASE: 2007
CATALOG #: 014633154184 (MICROSOFT XBOX 360 DISC)
MANUFACTURED BY: ELECTRONIC ARTS INC. / MICROSOFT.COM

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)" / "JUICE (DAN THE AUTOMATOR RMX)"
VIDEO GAME TITLE: SKATE
YEAR OF RELEASE: 2007
CATALOG #: 014633155587 (SONY PLAYSTATION 3 DISC)
MANUFACTURED BY: ELECTRONIC ARTS INC. / SONY COMP. ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: B-BOY
YEAR OF RELEASE: 2008
CATALOG #: 5060004766864, 896992000551 (SONY PSP UMD DISC)
MANUFACTURED BY: FREESTYLE GAMES / SONY COMP. ENTERTAINMENT

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
VIDEO GAME TITLE: B-BOY
YEAR OF RELEASE: 2008
CATALOG #: 5060004766864 (SONY PLAYSTATION 2 DISC)
MANUFACTURED BY: FREESTYLE GAMES / SONY COMP. ENTERTAINMENT

**In addition to its appearance in video game soundtracks, the song "JUICE (KNOW THE LEDGE)" also appeared in two separate professional video commercials to promote the UMG compilation album "No Beats No Life" by DJ Shu-G. These two videos included professional narration, live interviews, company trademarks and logos.**

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
COMMERCIAL TITLE: NO BEATS, NO LIFE BY DJ SHU-G (COMMERCIAL #1)
DATE OF RELEASE: DECEMBER 1, 2010 (12-01-10)
POSTED BY: YOUTUBE.COM USER "DJSHU_G" (www.universalmusicworld.jp)
AUTHORIZED COMPANY LOGOS: UMG / TOWERRECORDS.COM, MONSTER BEATS,
                            DRE BEATS AUDIO, HP.COM

WEB ADDRESS: https://www.youtube.com/watch?v=hcPImksGdeE
VIDEO SAVED TO FILE

ARTIST: ERIC B. & RAKIM
SONG TITLE: "JUICE (KNOW THE LEDGE)"
COMMERCIAL TITLE: NO BEATS, NO LIFE BY DJ SHU-G SHOUT OUT VERSION (COMMERCIAL #2)
DATE OF RELEASE: JANUARY 24, 2011 (01-24-11)
POSTED BY: YOUTUBE.COM USER "DJSHU_G" (www.universalmusicworld.jp)
AUTHORIZED COMPANY LOGOS: UMG / TOWERRECORDS.COM, MONSTER BEATS,
                            DRE BEATS AUDIO, HP.COM

WEB ADDRESS: https://www.youtube.com/watch?v=RDVKzgyKS1o
VIDEO SAVED TO FILE

## "JUICE (KNOW THE LEDGE)" by ERIC B. & RAKIM
### in association with
## "BUSY CHILD" by THE CRYSTAL METHOD

Eric B. & Rakim released the song, "Juice (Know The Ledge)" in 1992. The song contains portions of the published recording "I Feel An Urge" by Syl Johnson. These portions were not authorized by Johnson, his label Twinight, the composer of the song, Jo Armstead or her company Josteady Music.

In 1997, an electronic music group called **The Crystal Method** contacted Eric B.& Rakim's publisher (EMI Blackwood Music Inc.), and their label (MCA Records) and requested to use a section of Rakim's vocals from the song, "Juice (Know The Ledge)". A mechanical license and a publishing license were issued by MCA Records and EMI Blackwood Inc. and Rakim's vocal (described as "I guess I didn't know") was added to The Crystal Method song, "Busy Child".

Upon review of the album credits for "Busy Child", Eric B.'s name and Rakim's name are both included, along with publishing credits of the song "Juice (Know The Ledge)" to EMI Blackwood Music Inc. and credits to the label (MCA Records) that released "Juice (Know The Ledge)".

Please note that the section taken from Eric B. & Rakim's 1992 song "Juice (Know The Ledge)" that was used in The Crystal Method's 1997 song, "Busy Child" does not contain any melody, rhythm or vocal taken from Syl Johnson's song, "I Feel An Urge". **This section does not contain any melody or vocal performed by Eric B**. The section is an a cappella of Rakim's voice saying the sentence "I guess I didn't know" (which was a section of a rap lyrics taken from the original release of "Juice (Know The Ledge)". The credits attached and associated with The Crystal Method's song "Busy Child" are recorded and noted as:

"BUSY CHILD" by The Crystal Method
*Written by Ken Jordan and Scott Kirkland. "Busy Child" embodies portions of the composition "Know The Ledge". Written by Eric Barrier and William Griffin. Performed by Eric B. & Rakim. Courtesy of MCA Records Inc. Produced and mixed by The Crystal Method (P) 1997 EMI/Virgin Songs Inc. MCPS/BIEM/SDRM/EMI/Virgin Songs Inc./Drug Money Music/Harder Faster Music/EMI Blackwood Music Inc.*

Any person, group or company that wants to use sections of "Juice (Know The Ledge)" are required to credit the artists responsible for the recording and credit the label and publishing company that produced and released "Juice (Know The Ledge)". Even if you can't hear each artist's performances separately, all artists that are noted as originally recognized performers of "Juice (Know The Ledge)" **ARE** credited because the artists contributed to the song's existence.

Essentially, Syl Johnson, Jo Armstead, Twinight Records, Josteady Music and their song title "I Feel An Urge" should be noted on every published set of credits attached to The Crystal Method's song, "Busy Child".

1

This 8 page list of license history includes and is not limited to the following releases:

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Sony Soho Square, S3 (Sony Japan), City Of Angels Records, Outpost Recordings
ALBUM: Single
UPC: COA771201, OPRDM-38000, OPRDM-22291, CM2, CM CD2, S3664861 2, TVT81832P

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Caroline Records (UMG), Astralwerks (UMG)
ALBUM: Compilation "MTV Amp" (Track #12)
UPC: CAR75502

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Polygram Records Operations (UMG)
ALBUM: Compilation "Urbal Beats: The Definitive Guide To Electronic Music" (Track #16)
UPC: 314 553 764-2

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: UMG
ALBUM: Compilation "Sample Gee: 2 Lagered" (Track #1)
UPC: UMD74040

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: American Eagle Outfitters
ALBUM: Compilation "X-Large Songs Vol. 3: The Black Top Sessions" (Track #2)
UPC: SPINAEO.2.97

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child (Radio Edit)"
LABEL: Universal Music Ltd.
ALBUM: Compilation "Universal" (Track #14)
UPC: 602430003028

YEAR: 1997        ***Certified Platinum by the RIAA in 2007***
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Sony Soho Square, S3 (Sony Japan), City Of Angels Records, Outpost Recordings,
Geffen Records (UMG), UMG Australia,
ALBUM: Full LP - "Vegas" by The Crystal Method (Track #2 "Busy Child")
UPC: OPRD-30003, COA77125-1, VEGLP1, OPRSD30003, MVCF24019, VEGCDX1,
0148886311, VEGCDX1, 0148886312, VEGCD1, OPRD30015, VEGMD1

YEAR: 1997
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Electronic Arts Inc. / THQ Inc. / Nintendo GameBoy / Nintendo 64 / Sega Corp.
RELEASE: "FIFA Road To World Cup '98" video game disc
UPC: #911726911726, 014633078299, 014633078305, 5030947014612, 729627121102

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child (Radio Edit)"
LABEL: Sony Music Media
ALBUM: Compilation "Hard Beats II" (Track #19)
UPC: 0749127110

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: UMG
ALBUM: Compilation "Pop Hits" (Track #13)
UPC: MCAD75172

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Mammoth Records (UMG), ESPN
ALBUM: Compilation "Music From The X-Games Vol. 3" (Track #9)
UPC: 3549801842

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Universal Special Markets
ALBUM: Compilation "Double Take" (Track #12)
UPC: MSD37229

3

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Columbia Records
ALBUM: Compilation "Indie 2000 Vol. 3" (Track #38)
UPC: 4914602

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: The Gap Inc., SME
ALBUM: 1998 Televised Gap Commercial (Khakis / Skateboards)
UPC: N/A (YouTube.com video available)

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child (Radio Edit)"
LABEL: Sony Music Media
ALBUM: Compilation "Innovators" (Track #19)
UPC: SMM4919282

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Columbia
ALBUM: Compilation "Hot Sounds Summer In The City" (Track #2)
UPC: 4000553210

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child (Radio Edit)"
LABEL: Priority Records (UMG)
ALBUM: Compilation "Groove Radio International Presents Elektronik" (Track #8)
UPC: P251077

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Sony Soho Square, S3 (Sony Japan), City Of Angels Records, Outpost Recordings
ALBUM: Single "Comin' Back" (Track #2 "Busy Child")
UPC: COA771371, 6660288, CM412, 6660285, OPRDM22351, CM4CD, CM4CD2, 1100546617

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: 20th Century Fox Entertainment, Gremlin Entertainment, SCEA
RELEASE: Video Game disc: "N20: Nitrous Oxide" (Includes the song "Busy Child")
UPC: 086162048241

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Warner Brothers / New Line Cinema
FORMAT: In-Film Soundtrack of the 1998 motion picture "Lost In Space"
RELEASE: Theatrical April 3, 1998 / DVD October 6, 1998
UPC: DVD - #794043466724

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: TVT Records / The Orchard / Epic Records / Epic Soundtrax
ALBUM: Original Motion Picture Soundtrack Album "Lost In Space" (Track #3)
UPC: 4913032, 4913039, 49130311, EPC4913034, 4913038

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Dimension Films / Miramax Films / Echo Bridge Home Ent.
FORMAT: In-Film Soundtrack of the 1998 motion picture "Senseless"
RELEASE: Theatrical February 20, 1998 / DVD September 21, 1999 / April 30, 1999
UPC: DVD - #717951003454, #096009775896

YEAR: 1998
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Gee Street Records (UMG), Roadrunner Records (WMG)
ALBUM: Original Motion Picture Soundtrack Album "Senseless" (Track #7)
UPC: 63881-32512-4RE, GEE 1001362, 6322-2

YEAR: 1999
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Priority Records (UMG) Fox Network
ALBUM: Compilation "Fox Sports Presents Game Time" (Track #20)
UPC: P251160

YEAR: 1999
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Columbia Records (SME)
ALBUM: Compilation "Y2K: Beat The Clock" (Track #6 "Busy Child")
UPC: CSK 42185, C2 69983, CK 69983

YEAR: 2000
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Palm Pictures
ALBUM: DVD Video Compilation "Sound & Motion Vol. 1" (Track #5 "Busy Child")
UPC: PALMDVD 3018-2

YEAR: 2000
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Buena Vista Films / Touchstone Pictures / Sony PSP
FORMAT: In-Film Soundtrack of the 2000 motion picture "Gone In 60 Seconds"
RELEASE: Theatrical June 7, 2000
UPC: VHS - #786936146820 / DVD - #717951008572, 786936265163 / PSP - 717951008572

YEAR: 2002
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Disney / Buena Vista
FORMAT: In-Film Soundtrack of the 1998 motion picture "Senseless"
RELEASE: DVD 2 Pack "Scary Movie / Senseless" - July 2, 2002
UPC: DVD - #786936186154

YEAR: 2002
ARTIST: The Crystal Method
SONG: "Busy Child (Radio Edit)"
LABEL: Outpost Recordings, Universal Australia (UMG)
ALBUM: Compilation "The Crystal Method: Tweekend" (Track #13)
UPC: #4932292

YEAR: 2003
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Konami Digital Ent. / Sony PlayStation 2
RELEASE: "DDRMAX2 Dance Dance Revolution" video game disc
UPC: # 083717250272, 083717200611

YEAR: 2004
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Namco Ltd. / Nintendo
RELEASE: "Donkey Konga" (Disc), "Donkey Konga" (DK Bongos & Disc pack)
UPC: # 045496961299, 045496962432

YEAR: 2006
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Buena Vista Films / Touchstone Pictures
FORMAT: In-Film Soundtrack of the 2000 motion picture "Gone In 60 Seconds"
RELEASE: Blu-Ray - October 17, 2006
UPC: 786936717228, #8717418319786

YEAR: 2007
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Geffen Records (UMG), UMG Australia,
ALBUM: "Vegas" by The Crystal Method "10th Anniversary Deluxe Edition"
UPC: 602517438477

YEAR: 2007
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Microsoft Game Studios
RELEASE: "Forza Motorsport 2" video game disc
UPC: # 0882224318983, 882224743051, 840356948515

YEAR: 2009
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Universal Studios Florida / Universal Parks & Resorts
RELEASE: Daily soundtrack song on the rollercoaster ride "Hollywood Rip Ride Rocket"
UPC: # N/A (Licensed through Sony Music Entertainment)

YEAR: 2010
ARTIST: The Crystal Method
SONG: "Busy Child (Still Busy After All These Years Remix)" by DJ Z-Trip
COMPANY: Freestyle Games / Activision Blizzard, Ninendo Wii, Microsoft Xbox, Sony PS3
RELEASE: "DJ Hero 2" (Disc), "DJ Hero 2" (Turntable Bundle Pack)
UPC: # 047875961845, 047875961661, 047875961746, 047875961722, 047875961647,
        047875961807

YEAR: 2010
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Warner Brothers / New Line Cinema
FORMAT: In-Film Soundtrack of the 1998 motion picture "Lost In Space"
RELEASE: Blu-Ray disc September 7, 2010
UPC: BLU-RAY - #794043139314

YEAR: 2011
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Miramax Films
FORMAT: In-Film Soundtrack of the 1998 motion picture "Senseless"
RELEASE: DVD "3 Movie House Party Collection" - October 18, 2011
UPC: DVD - #096009719494

YEAR: 2011
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Walt Disney Studios Motion Pictures
FORMAT: In-Film Soundtrack of the 2011 motion picture "Real Steel"
RELEASE: Theatrical Release: September 6, 2011 / DVD Release: January 24, 2012
UPC: DVD - # 786936812756

YEAR: 2012
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Walt Disney Studios Motion Pictures
FORMAT: In-Film Soundtrack of the 2011 motion picture "Real Steel"
RELEASE: Blu-Ray Release: January 24, 2012
UPC: DVD - # 786936821383, 786936821451, 786936821406, 4710756541899

YEAR: 2013
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Dimension Films / Miramax Films
FORMAT: In-Film Soundtrack of the 1998 motion picture "Senseless"
RELEASE: Blu-Ray disc / March 26, 2013
UPC: BLU-RAY - #096009035310

YEAR: 2013
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Miramax Films
FORMAT: In-Film Soundtrack of the 1998 motion picture "Senseless"
RELEASE: DVD "8 Movie House Party Collection" - July 16, 2013
UPC: DVD - #096009189945

YEAR: 2014
ARTIST: The Crystal Method
SONG: "Busy Child"
LABEL: Warner Brothers / New Line Cinema
FORMAT: In-Film Soundtrack of the 1998 motion picture "Lost In Space"
RELEASE: Blu-Ray disc "4 Film Favorites: Intergalactic Films / January 7, 2014
UPC: BLU-RAY - #883929401529

YEAR: 2014
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: FOX / NBC Universal Television Distribution
FORMAT: Soundtrack from Season 1 / Episode 19 of "Brooklyn Nine Nine"
RELEASE: FOX Channel / Episode "Tactical Village" / Aired March 4, 2014

YEAR: 2014
ARTIST: The Crystal Method
SONG: "Busy Child"
COMPANY: Universal Studios Home Entertainment
FORMAT: "Brooklyn Nine Nine - The Complete First Season"
RELEASE: Episode 19 "Tactical Village" / September 23, 2014
UPC: # DVD - #025192208942, #9317731111198

"JUICE (KNOW THE LEDGE)" by ERIC B. & RAKIM
in association with
"GHOST IS BACK" by GHOSTFACE KILLAH

In 2006, Ghostface Killah released the song "Ghost Is Back". This song has the sections of the "instrumental" taken from Eric B. & Rakim's song, "Juice (Know The Ledge)". Syl Johnson's original vocals and instruments as recorded in the Syl Johnson song, "I Feel An Urge" are audibly present in the song "Ghost Is Back" by Ghostface Killah. Syl Johnson, Jo Armstead, Twinight Records, Josteady Music and their song title "I Feel An Urge" should be included on the credits of Ghostface Killah's song, "Ghost Is Back". The credits attached and associated with Ghostface Killah's song "Ghost Is Back" are recorded and noted as:

GHOSTFACE KILLAH - "GHOST IS BACK" - Published by EMI Virgin Music Inc.

*GHOST IS BACK (D.Coles, J. Elias, W. Griffin) (BMI/ASCAP) Produced by Ghostface and J-Love / Recorded by Anthony "Acid" Caputo at Reddline Studios, Staten Island, NY / Mixed by Jason Wilds / Cuts by DJ Finesse / Contains samples from "Juice (Know The Ledge)" as performed by Eric B. & Rakim. Courtesy of Island Def Jam Music Group under license from Universal Music Enterprises. Used by permission. All rights reserved. Written by William Griffin and published by EMI Blackwood Music Inc.(BMI)*

This 1 page list of license history includes and is not limited to the following releases:

YEAR: 2006
ARTIST: Ghostface Killah
SONG: "Ghost Is Back"
LABEL: Def Jam Recordings, UMG Australia
ALBUM: "More Fish" by Ghostface Killah (Track #1)
UPC: 602517169432, B0008165-02, 171 694-3, B0008165-01

YEAR: 2006
ARTIST: Ghostface Killah
SONG: "Ghost Is Back"
LABEL: Def Jam Recordings, UMG Australia
ALBUM: "More Fish EP" by Ghostface Killah (Track #1)
UPC: MOREFISHCJ1

YEAR: 2007
ARTIST: Ghostface Killah
SONG: "Ghost Is Back"
LABEL: Def Jam Recordings
ALBUM: "Ghostface Killah: Fried Fish Sampler" (Track #1)
UPC: N/A

YEAR: 2008
ARTIST: Ghostface Killah
SONG: "Ghost Is Back"
LABEL: Think Differently Music Group (Wu-Tang Indie Label)
ALBUM: "Raekwon & Ghostface: R.A.G.U. (Raekwon and Ghostface United)" (Track #10)
UPC: 766492

# EXHIBIT B

# DIGITAL ANALYSIS

## DIFFERENTIATION OF RELEASE

It should be noted that the song titles associated with this case deserve accurate description to avoid confusion. The song in question is currently recognized by two different release titles. These titles are identified as:

a. "Juice (Know The Ledge)" by Eric B. & Rakim (1991 Soul Records, Written by W. Griffin)

b. "Know The Ledge" by Eric B. & Rakim (1992 MCA Records, Written by W. Griffin & E. Barrier)

**SOUNDTRACK** - On December 31st 1991, the soundtrack album for the 1992 Island World motion picture "Juice" was released by Soul Records, a subsidiary of MCA Records. Track #2 on the "Juice" soundtrack album is titled and recognized as "Juice (Know The Ledge)" by Eric B. & Rakim. The length duration of "Juice (Know The Ledge)" from the physical "Juice" soundtrack album is noted as 4 minutes and 1 second (4:01). It should be noted that internet websites that currently (2015) offer the sale of the 1991 soundtrack album, "Juice" identify the length duration of "Juice (Know The Ledge)" by Eric B. & Rakim as 4 minutes and 0 seconds (4:00).

**SINGLE** - Soul Records also issued a single release of "Juice (Know The Ledge)" by Eric B. & Rakim in January 1992. The "A" side of the single release included the identical song from the soundtrack release "Juice (Know The Ledge)" along with the identical duration of 4:01. The "B" side included the instrumental version of "Juice (Know The Ledge)" with a duration of 4:02.

The soundtrack release, the single release and the instrumental single release contain and include the same identical song "Juice (Know The Ledge)" by Eric B. & Rakim with the exception of an extended "fade out" that added 1 second to the single's printed "duration". William Griffin (p/k/a Rakim) is credited on the soundtrack album and single releases as the composer of the song "Juice (Know The Ledge)" by Eric B. & Rakim. This information has been verified and documented by review of the BMI catalog records and the U.S. Copyright Office.

**FULL ALBUM** - Approximately seven months after the "Juice" soundtrack album was issued, Eric B. & Rakim released their full album, "Don't Sweat The Technique" on MCA Records on June 23rd 1992. Track #10 on the full album, "Don't Sweat The Technique" is identified and titled as "Know The Ledge". The printed album credits cite the length duration of "Know The Ledge" by Eric B. & Rakim as 3 minutes and 58 seconds (3:58). William Griffin (p/k/a Rakim) and Eric Barrier (p/k/a Eric B.) are credited on the full album, "Don't Sweat The Technique" as the joint composers of the song, "Know The Ledge". This information has been verified and documented by review of the BMI catalog records.

It should be noted that all of these releases include the identical song with different lengths of "fade out" that appears at the end of each release. Soul Records issued the release of "Juice (Know The Ledge)" by Eric B. & Rakim while MCA Records issued the release of "Know The Ledge" by Eric B. & Rakim.

Upon review of BMI catalog records, both titles "Juice (Know The Ledge)" and "Know The Ledge" are identified as property of the publishing companies: EMI Blackwood Music Inc. and Eric B And Rakim Music Inc.

The content (with exception to the ending "fade out") of the songs attached and associated with the separate titles "Juice (Know The Ledge)" and "Know The Ledge" are identical audio sound recordings in regards to the structure timeline of lyrics, rhythm and melody.

## DATA & DIGITAL ANALYSIS

This is a data and digital analysis that includes detail review of the songs:

"I FEEL AN URGE" by Syl Johnson, (Twinight Records 1968), written by J. Armstead

"KNOW THE LEDGE" / "JUICE (KNOW THE LEDGE)" by Eric B. & Rakim, (MCA Records 1992), written by W. Griffin

Upon reviewing "I Feel An Urge", the length duration of the section selected by Eric B. & Rakim measures 3 seconds and .094 milliseconds in total. This section (Section A) was copied and severed by Eric B. & Rakim. When playing the song "I Feel An Urge" from the vinyl pause groove (0:00), the start point of "Section A" begins at 59 seconds .625 milliseconds and ends at 1 minute 2 seconds and .719 milliseconds.

It should be noted that Eric B. & Rakim did <u>not</u> alter or manipulate the pitch or tempo of the original recording speed (ORS/RPM) of "I Feel An Urge" when they copied "Section A".

As previously mentioned, "Section A" measures 3 seconds and .094 milliseconds. This section is described as vocal/guitar/horn/vocal. (vocal "ohh"/guitar melody/horn tune/ vocal "yeah"). After this section was copied by Eric B. & Rakim, it was severed into three separate sections. All of the three severed sections (B, C, and D) were placed into 54 separate locations of the 1992 song "Juice (Know The Ledge)" by Eric B. & Rakim. Some of these locations involved "overlapping" of sections.

"Section B" (Blue)
Description: Vocal ("ohh")
Length: .793 milliseconds

"Section C" (Green)
Description: Instrument/Vocal (horn tune/"yeah")
Length: .308 milliseconds

"Section D" (Red)
Description: Instrument/Vocal (guitar melody/horn tune/"yeah")
Length: 2 seconds .093 milliseconds

"Section B" (BLUE) appears at the following separate audio sound wave time points in the song "Juice (Know The Ledge)":

1 second .296 milliseconds
3 seconds .335 milliseconds
5 seconds .388 milliseconds
7 seconds .522 milliseconds
15 seconds .786 milliseconds
32 seconds .362 milliseconds
36 seconds .459 milliseconds
44 seconds .767 milliseconds
48 seconds .921 milliseconds
1 minute 22 seconds and .108 milliseconds
1 minute 32 seconds and .252 milliseconds
1 minute 34 seconds and .607 milliseconds
1 minute 36 seconds and .673 milliseconds
1 minute 38 seconds and .581 milliseconds
2 minutes 30 seconds and .513 milliseconds
2 minutes 32 seconds and .533 milliseconds
2 minutes 34 seconds and .748 milliseconds
2 minutes 36 seconds and .769 milliseconds
2 minutes 53 seconds and .419 milliseconds
3 minutes 16 seconds and .257 milliseconds
3 minutes 20 seconds and .364 milliseconds
3 minutes 22 seconds and .507 milliseconds
3 minutes 24 seconds and .537 milliseconds
3 minutes 26 seconds and .633 milliseconds
3 minutes 34 seconds and .990 milliseconds
3 minutes 37 seconds and .113 milliseconds
3 minutes 39 seconds and .278 milliseconds
3 minutes 41 seconds and .287 milliseconds
3 minutes 43 seconds and .357 milliseconds          (29 locations X .793 = 22s .997m)

"Section C" (GREEN) appears at the following separate audio sound wave time points in the song "Juice (Know The Ledge)":

8 seconds .041 milliseconds
1 minute 30 seconds .807 milliseconds
2 minutes 24 seconds and .929 milliseconds
2 minutes 29 seconds and .099 milliseconds
2 minutes 45 seconds and .710 milliseconds
3 minutes 14 seconds and .793 milliseconds
3 minutes 23 seconds and .072 milliseconds
3 minutes 27 seconds and .272 milliseconds          (8 locations X .308 = 2s .464m)

"Section D" (RED) appears at the following separate audio sound wave time points in the song "Juice (Know The Ledge)":

41 seconds .449 milliseconds
43 seconds .585 milliseconds
45 seconds .659 milliseconds
47 seconds .725 milliseconds
1 minute 23 seconds and .214 milliseconds
1 minute 25 seconds and .100 milliseconds
1 minute 56 seconds and .222 milliseconds
1 minute 58 seconds and .298 milliseconds
2 minutes 00 seconds and .379 milliseconds
2 minutes 02 seconds and .462 milliseconds
2 minutes 12 seconds and .831 milliseconds
2 minutes 14 seconds and .905 milliseconds
2 minutes 16 seconds and .988 milliseconds
2 minutes 19 seconds and .071 milliseconds
3 minutes 02 seconds and .617 milliseconds
3 minutes 06 seconds and .788 milliseconds
3 minutes 09 seconds and .111 milliseconds          (17 locations X 2s .093m = 35s .581m)

RESULTS:

(1 minute equals 60 seconds)
(1 second equals 1000 milliseconds)

22s .997m (BLUE) + 2s .464m (GREEN) + 35s .581m (RED) = 61s .042m

61.042 seconds of "Know The Ledge" / "Juice (Know The Ledge)" contains portions from "I Feel An Urge"

The total length duration of the song "Know The Ledge" / "Juice (Know The Ledge)" is 3:58 = 238 seconds.

61.042 seconds of 238 seconds is approximately 25.6%.

**SCREENSHOT #1 - SYL JOHNSON - "I FEEL AN URGE"**



**"I FEEL AN URGE" – 2:22 (Two Minutes and Twenty-Two Seconds)**

**Blue** highlight = Vocal "Ohh" start point

**Red** highlight = Melody + Vocal (Guitar / Horn + "Yeah") start point

**Green** highlight = Instrument + Vocal (Horn + "Yeah") start point

**SCREENSHOT #2 - ERIC B. & RAKIM - JUICE (KNOW THE LEDGE)**



"JUICE (KNOW THE LEDGE)" – 3:58 (Three Minutes and Fifty-Eight Seconds)

Blue highlights = Vocal ("Ohh") taken from "I FEEL AN URGE"

Red highlights = Melody (Guitar / Horn / Vocal "Yeah") taken from "I FEEL AN URGE"

Green highlights = Severed melody (Horn / Vocal "Yeah") taken from "I FEEL AN URGE"

# EXHIBIT C

# COMPOSITION REGISTRATION
# &
# COPYRIGHT INFORMATION

## COMPOSITION REGISTRATION & COPYRIGHT INFORMATION

JOSEPHINE ARMSTEAD's composition "I FEEL AN URGE COMING ON" was registered with the U.S. Copyright Office on August 4th 1967. The U.S. Copyright Office issued ARMSTEAD the Registration # **EU0000009649**. On November 13th 1996 ARMSTEAD renewed her 1967 registration and was issued the renewal registration # **RE0000738233**.

|  |  |
|---|---|
|  | *I feel an urge coming on. w & m Milton Middlebrook & Josephine Armstead.* |
| **Type of Work:** Music | |
| **Registration Number / Date:** RE0000738233 / 1996-11-13 | |
| **Renewal registration for:** EU0000009649 / 1967-08-04 | |
| **Title:** I feel an urge coming on. w & m Milton Middlebrook & Josephine Armstead. | |
| **Copyright Claimant:** Josephine Armstead (A) | |
| **Variant title:** I feel an urge coming on | |
| **Names:** Middlebrook, Milton | |
| Armstead, Josephine | |

Screenshot photo taken from U.S. Copyright Office's website: copyright.com

JOSEPHINE ARMSTEAD's composition "I FEEL AN URGE COMING ON" is recognized as BMI Work # **621426**. JOSEPHINE ARMSTEAD's CAE/IPI # is **1332356**. The BMI Work # of "I FEEL AN URGE COMING ON" also recognizes ARMSTEAD's publishing company as JOSTEADY MUSIC and the company's CAE/IPI # **225627573**.

### I FEEL AN URGE COMING ON (Legal Title)
BMI Work #621426

| **Songwriter/Composer** | **Current Affiliation** | **CAE/IPI #** |
|---|---|---|
| ARMSTEAD JOSEPHINE | BMI | 1332356 |
| **Publishers** | | |
| JOSTEADY MUSIC | BMI | 225627573 |

Screenshot photo taken from (BMI) Broadcast Music Inc.'s website: bmi.com

**JOSTEADY MUSIC**
CAE/IPI #: 225627573

| | |
|---|---|
| **Phone:** | (212) 580-8424 |
| **Fax:** | (212) 580-9266 |
| **Contact:** | |
| | 102 W 75TH ST |
| | NEW YORK, NY 10023-1904 |
| | JOSHIJO@AOL.COM |

Screenshot photo taken from (BMI) Broadcast Music Inc.'s website: bmi.com

The IPI/CAE number is an international identification number assigned to songwriters and publishers to uniquely identify rights holders. **CAE** stands for "Composer, Author & Publisher". **IPI** stands for "Interested Parties Information".



1967 GIANT RECORDS "I FEEL AN URGE COMING ON"
PERFORMED BY JO ARMSTEAD
WRITTEN BY JO ARMSTEAD (COLFAM MUSIC BMI)



1968 TWINIGHT RECORDS "I FEEL AN URGE"
PERFORMED BY SYL JOHNSON
WRITTEN BY JO ARMSTEAD (COLFAM MUSIC BMI)

# EXHIBIT C

# COMPOSITION REGISTRATION
# &
# COPYRIGHT INFORMATION

## COMPOSITION REGISTRATION & COPYRIGHT INFORMATION

JOSEPHINE ARMSTEAD's composition "I FEEL AN URGE COMING ON" was registered
with the U.S. Copyright Office on August 4th 1967. The U.S. Copyright Office issued
ARMSTEAD the Registration # **EU0000009649**. On November 13th 1996 ARMSTEAD
renewed her 1967 registration and was issued the renewal registration # **RE0000738233**.

|  |  |
|---|---|
|  | *I feel an urge coming on. w & m Milton Middlebrook & Josephine Armstead.* |
| **Type of Work:** Music |  |
| **Registration Number / Date:** RE0000738233 / 1996-11-13 |  |
| Renewal registration for: EU0000009649 / 1967-08-04 |  |
| **Title:** I feel an urge coming on. w & m Milton Middlebrook & Josephine Armstead. |  |
| **Copyright Claimant:** Josephine Armstead (A) |  |
| **Variant title:** I feel an urge coming on |  |
| **Names:** Middlebrook, Milton |  |
| Armstead, Josephine |  |

Screenshot photo taken from U.S. Copyright Office's website: copyright.com

JOSEPHINE ARMSTEAD's composition "I FEEL AN URGE COMING ON" is recognized as
BMI Work # **621426**. JOSEPHINE ARMSTEAD's CAE/IPI # is **1332356**. The BMI Work # of
"I FEEL AN URGE COMING ON" also recognizes ARMSTEAD's publishing company as
JOSTEADY MUSIC and the company's CAE/IPI # **225627573**.

### I FEEL AN URGE COMING ON (Legal Title)
BMI Work #621426

| **Songwriter/Composer** | **Current Affiliation** | **CAE/IPI #** |
|---|---|---|
| ARMSTEAD JOSEPHINE | BMI | 1332356 |
| **Publishers** |  |  |
| JOSTEADY MUSIC | BMI | 225627573 |

Screenshot photo taken from (BMI) Broadcast Music Inc.'s website: bmi.com

### JOSTEADY MUSIC
CAE/IPI #: 225627573

| **Phone:** | (212) 580-8424 |
|---|---|
| **Fax:** | (212) 580-9266 |
| **Contact:** | |
| | 102 W 75TH ST |
| | NEW YORK, NY 10023-1904 |
| | JOSHIJO@AOL.COM |

Screenshot photo taken from (BMI) Broadcast Music Inc.'s website: bmi.com

The IPI/CAE number is an international identification number assigned to songwriters and publishers to uniquely
identify rights holders. **CAE** stands for "Composer, Author & Publisher". **IPI** stands for "Interested Parties
Information".



1967 GIANT RECORDS "I FEEL AN URGE COMING ON"
PERFORMED BY JO ARMSTEAD
WRITTEN BY JO ARMSTEAD (COLFAM MUSIC BMI)



1968 TWINIGHT RECORDS "I FEEL AN URGE"
PERFORMED BY SYL JOHNSON
WRITTEN BY JO ARMSTEAD (COLFAM MUSIC BMI)