UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Syl Johnson, et al.
                              Plaintiff,

v.                                                       Case No.: 1:15−cv−03928
                                                               Honorable Amy J. St. Eve

Eric Barrier, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 28, 2016:

      MINUTE entry before the Honorable Amy J. St. Eve: The Court grants Defendant UMG's motion to dismiss [83] without prejudice. The Court grants Plaintiff leave to seek the limited jurisdictional discovery described in the Opinion. Plaintiff shall complete this jurisdictional discovery by 8/12/16. The Court grants Plaintiff leave to replead on or before 8/29/16. Status hearing set for 6/30/16 is stricken and reset to 8/11/16 at 8:30 a.m. [For further details, see separate Memorandum Opinion and Order.] Mailed notice(kef, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.